STATE OF NEW JERSEY v. JOSEPH KAHN.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LEE NEAL.

May 20, 1986.

Petition for certification denied.

JOHN A MARZ, JR. v. RADIO SHACK, ETC., ET AL.

May 20, 1986.

Petition for certification denied.

CAROL GEISENHONER, ET AL. v. JOHN D. SYERS, ET AL.

May 20, 1986.

Petitions for certification denied.